

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-20-2011

# USA v. Paul Bergrin

Precedential or Non-Precedential: Precedential

Docket No. 10-2204

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Paul Bergrin" (2011). *2011 Decisions*. Paper 1335.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1335

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 19, 2011

No. 10-2204

United States of America, Appellant

v.

Paul Bergrin, et al.

(D.N.J. No. 09-cr-00369)

Present:  RENDELL, JORDAN and HARDIMAN, Circuit Judges

1. Motion by Appellant to amend the opinion filed 4/12/11.


                                                      Respectfully,
                                                      Clerk/tyw

_____ORDER_____
The foregoing Motion is GRANTED.


                                                      By the Court,

                                                      /s/ Thomas M. Hardiman
                                                      Circuit Judge


Dated:        April 20, 2011
tyw/cc:       Michael A. Baldassare, Esq.
              Joshua C. Gillette, Esq.
              Lawrence S. Lustberg, Esq.
              Jennifer Mara, Esq.
              Christopher D. Adams, Esq.
              Anthony J. Iacullo, Esq.
              David B. Glazer, Esq.
              John McGovern, Esq.
              Steven G. Sanders, Esq.
              Zach Intrater, Esq.
              Mark E. Coyne, Esq.